**Order entered March 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00877-CR

### MICHAEL GLEN GARZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 31429**

## ORDER

The reporter's record, requested on August 15, 2018, was initially due November 20, 2018. After we granted three requests for extensions of time, the record was due February 21, 2019. In our order granting court reporter Julie Vrooman's third request for an extension, we cautioned her that the failure to file the record by February 21, 2019 would result in the Court taking whatever remedies it has available to ensure that this appeal proceeds in a more timely fashion, which might include ordering that she not sit until the complete reporter's record is filed. To date, the reporter's record has not been filed.

We **ORDER** that court reporter Julie Vrooman **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vroom, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE